Respondent), v. Simon Zinn and London Guarantee and Accident Company, Insurance Carrier, Appellants.— Award affirmed. All concurred, except Kellogg, P. J., and Lyon, J., who dissented.

In the Matter of the Petition of George E. Green, as State Commissioner of Excise, Respondent, for an Order Revoking and Canceling Liquor Tax Certificate No. 11,753, Issued to George T. Cunningham and Transferred to John J. Reed, Appellant.— Order as to *subpœna duces tecum* unanimously affirmed, with ten dollars costs and disbursements.

In the Matter of the Petition of George E. Green, as State Commissioner of Excise, Respondent, for an Order Revoking and Canceling Liquor Tax Certificate No. 11,753, Issued to George T. Cunningham and Transferred to John J. Reed, Appellant.— Order revoking certificate unanimously affirmed, with costs.

George L. Nichols and Albert G. Milbank, as Executors, etc., Respondents, v. John P. Kellas, Appellant.— Judgment unanimously affirmed, with costs, on the opinion of Mr. Justice Borst at Trial Term. (Reported in 90 Misc. Rep. 432.)

Edward Ott, Respondent, v. Joseph Holden, Appellant.— Judgment and order unanimously affirmed, with costs.

Saverio Pisaniello, Respondent, v. Kellogg Boynton, as Surviving Partner of the Copartnership Composed of Kellogg Boynton and George McNally, Doing Business under the Firm Name and Style of Boynton & McNally, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

Joseph E. Quinn, Respondent, v. The Foundation Company, Appellant.— Judgment and order reversed on the ground that the verdict is excessive, and new trial granted, with costs to the appellant to abide event, unless the plaintiff will stipulate to reduce the verdict to $12,000, in which event the judgment is modified, and as so modified judgment and order affirmed, without costs to either party. All concurred, except Woodward, J., who voted for affirmance.

Shuttleworth Brothers Company, Respondent, v. Raymond M. Booth and Another, Appellants.— Judgment and orders unanimously affirmed, with costs.

Troy Waste Manufacturing Company, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Woodward, J., who dissented; Cochrane, J., not sitting.

George H. Chapman v. Niagara Silk Mills.— Motion denied.

Walter J. F. Doyle, Respondent, v. Troy Union Railroad Company, Appellant.— Motion denied.

The Dry Milk Company, Appellant, v. Dairy Products Company of New York and Others, Including Defendant, Respondent, Charles Schmidt.— Motion to resettle order granted.

George D. Fish, Respondent, v. The Delaware, Lackawanna and Western Railroad Company, Appellant.— Motion denied.

J. John Hassett, Appellant, v. Harriet Arnot Rathbone, Personally, and as President of T. Briggs & Company, and T. Briggs & Company,